**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| ANTONIA PERKINS, )<br>  )<br>   Plaintiff, )<br>  )<br> vs. )<br>  )<br> SYNCHRONY BANK, )<br>  )<br>   Defendant. ) | No. 4:17-cv-00055-RLY-DML |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, ANTONIA PERKINS ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully submitted,

Dated: August 25, 2017

/s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-861-1390
ahill@consumerlawcenter.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.


By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff