UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| ANTONIA PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:17-cv-00055-RLY-DML |
| | ) | |
| SYNCHRONY BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This cause came before the court upon the parties' Stipulation of Dismissal and the court having considered said stipulation and being duly advised in the premises, same is now GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** That this cause be dismissed with prejudice, each party shall bear its own costs, including attorneys' fees.

**SO ORDERED** this 6th day of November 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record